**FILED**
**AUG 14 2012**
Clerk, U.S District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHERONNE ELAINE WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 12-603 |
| ) | |
| D.C. SUPREME COURT, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

The Court has allowed the above-captioned action to be provisionally filed. Before the Court would consider the plaintiff's complaint and application to proceed *in forma pauperis*, the plaintiff was directed to submit a certified copy of his trust fund account statement (or institutional equivalent), including the supporting ledger sheets, for the six-month period immediately preceding the filing of this complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined. 28 U.S.C. § 1915(a)(2). To date, the plaintiff has not submitted the required financial information. Accordingly, the Court will dismiss the complaint and this action. An Order accompanies this Memorandum Opinion.

_____
United States District Judge

DATE: 8/10/12